UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> Plaintiff, <br> v. <br><br> ABCTEC, et al., <br><br> Defendants. | CASE NO. Case 1:21-cv-05146-KPF |

**MOVING DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Declarations of the representatives of each moving Defendant and exhibits thereto, the accompanying Declaration of Zhen Pan and exhibits thereto, the accompanying Memorandum of Law and its exhibits, Defendants (1) Acbery, (2) Anzir, (3) Beijiang-Zs, (4) Callenbach, (5) Caotop, (6) Cindbest, (7) Conqload, (8) Dolphin Tech US, (9) Endless-US, (10) Enjoygoodproduct, (11) Guo Xiao Yan, (12) Hollosport, (13) Hongpu-AA, (14) Jarcold, (15) Johnson's Home, (16) Kongjiandianzishangwu, (17) Munash Pro, (18) Newpeppr, (19) Oniisee Store, (20) Priamaa, (21) Rich-Ting, (22) Run Duck, (23) Sharlovy-Us Direct, (24) Songguodong, (25) Sunay, (26) Sweat2020, (27) Ulove Best, (28) Xibaopeng, (29) Yalaidir, (30) Ycl-US, (31) Yopen, (32) Zhangyaowu, (33) Zhengbaomaoyi, and (34) Zhongsi-US (the "Moving Defendants") will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, 40 Foley Square New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing the lawsuit against the Moving Defendants.

Dated: November 12, 2021          Respectfully submitted,

　　　　　　　　　　　　　　　　　　DIAZ REUS & TARG, LLP
　　　　　　　　　　　　　　　　　　100 Southeast Second Street
　　　　　　　　　　　　　　　　　　3400 Miami Tower
　　　　　　　　　　　　　　　　　　Miami, Florida 33131

1

Telephone (305) 375-9220

By: */s/Zhen Pan*
Ahmand Johnson (Florida Bar No. 38905)
Admitted *Pro Hac Vice*
Attorney E-mail: ajohnson@diazreus.com
Zhen Pan (New York Reg. No. 5860846)
Attorney E-mail: zpan@diazreus.com
*Counsel for Defendant LXLY US*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on November 12, 2021.

 */s/Zhen Pan*
Zhen Pan