

English    Sign in    Sell on Amazon

This article applies to selling in: **United States**

Help / Account settings / Start selling on Amazon / Seller Identity Verification

# Seller Identity Verification

To help us maintain a trusted marketplace for buyers and sellers, we will need some additional proofs for the information you provided during registration.

## If you've already submitted your documents

The review process can take up to two business days from the time we receive your documents. We will email you the result.

> **Note:** You will gain access to Seller Central after your account is verified.

## If you haven't submitted your documents

1. Go to the Seller Identity Verification page.

2. Under **Please select your country/region**, choose your country or region from the drop-down option.

   > **Note:** Document requirements might change based on your country.

3. In the **Submit required documents** section, upload your documents.

4. Under **Provide contact information**, enter your **Email address** and **Phone** number (optional).

5. Click **Submit**.

> **Note:** If you require additional time before submitting your information, you can select the **Save draft** button to save your information and return to the **Seller Identity Verification** page later.

## Document rejection

> **Important:** We reject documents when we cannot verify them or when they do not meet our criteria. Our decision to approve or reject a document is final and cannot be appealed, although you can re-apply with a new account.

Amazon requires two documents in order to verify your identity. To avoid having your documents rejected, make sure they meet the following criteria:

**All documents must:**

- be valid (not expired, revoked, or closed)
- be high-quality, in color, and unobstructed (not angled, blurry, or cropped)
- show the full page
- not be a screenshot
- display matching information (such as your ID number or name) that you use to register to sell on Amazon
- be scanned images, or a photo taken from your mobile device's camera (no screenshots)
- display the full document (front and back, if applicable)
- be less than 10MB in size
- be in one of these formats: gif, png, jpg, pdf, and docx. Do not include special characters in the file name (examples: $, &, or #)
- be authentic and unaltered
- be in one of these supported languages: Chinese, English, French, German, Italian, Japanese, Portuguese, or Spanish

> **Note:** If your documents are in another language, you can submit notarized translations in a supported language.

## Identity documents:

The identity documents required for each seller depends on the country or state your business is headquartered in, and where you live.

The drop-down options will tell you which options are available to you, such as: passport, driver license, or national ID. In addition to the above requirements for all documents, the ID must:

- show a full document page, or in case of national identity cards, both sides of the card
- be a government-issued identity card that is distributed and recognized by the country where you are a citizen or resident
- be in color (black and white not accepted)
- for multi-page files (both sides of the ID), if the screen does not ask for separate front and back image uploads, be sure to merge the images into one file to upload
- have date of birth (if applicable) that matches the date of birth provided during registration
- have a signature
- if submitting a passport, be sure the passport has your signature

## Additional documents

The additional documents requested vary by country and state. An additional document (your customized options display on the registration page) might be a document that proves your business is valid, such as: business license, bank statement, credit card statement, or utility bill.

> **Note:**
> - Some companies, corporations, or charities need to submit a government-issued national ID for the primary contact, or the beneficial owner or trustee.
> - The name of the point of contact or company mentioned on the document should match the point of contact name or business name provided during registration.
> - You can hide the transaction amount, but the document must remain intact.
> - Document must not be password-protected.
> - Do not provide a photo of your credit card or debit card.

> - Do not provide a bank letter acknowledging an account opening.
> - Do not provide a bank passbook (except in India and Japan).
> - Do not provide a business registration certificate.

You might be asked to submit a bank account statement, credit card statement, or business license based on your location. Make sure your documents meet the following criteria:

**Bank account or credit card statements:**

- Must match the name of the point of contact provided during registration
- Must contain the address
- Must be dated within the last 180 days
- Be in color (black and white not accepted)
- Must show transaction activity, but you can black out the transaction amount
- The name of the point of contact mentioned in the statement should match with the name of point of contact mentioned during registration.
- Bank logo, bank account number, address, point of contact (name of person to contact on behalf of the business), and bank account holder name must be clearly visible.

**Business licenses:**

- The name of the legal representative or beneficiary owner should match the name on the identity document.
- The address should match the business address provided during registration.
- Must be valid for at least 45 days from the time of registration.
- Must not be revoked or closed by the local government.
- Business name and details must be visible.

## What to expect after you upload your document

If the necessary documents and information are uploaded, a message will display "Thank you for your request." Close the tab in your browser.

After you submit documents, Amazon will review your information and may contact you for further clarification, if needed, within 3 business days.

> **Important:** If we are unable to verify the information you provided and request that you resubmit your documents, you will have within the next 30 days to complete this request. If we do not receive your documents within this timeframe, your case will be closed and we will not be able to activate your account to sell on Amazon. For security reasons, we can only accept documents uploaded through the Seller Identity Verification page on Seller Central.

| Related articles 📄 |
|---|
| What you need to know to sell on Amazon |
| PIN verification |
| Selling plan comparison |
| Get Started with Selling Services |
| **Seller Identity Verification** |
| Two-Step Verification |

| Need more help? 💬 |
|---|
| See more on Seller Central |
| Visit Seller Forums |



## Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2021, Amazon.com, Inc. or its affiliates