UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ABCTEC, *et al.*,<br><br>                              Defendants. | 21 Civ. 5146 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

As discussed on the record on July 14, 2022, the Moving Defendants' motion to dismiss is DENIED IN PART and GRANTED IN PART. The motion is denied, except as to Defendant Anzir, whose motion to dismiss for lack of personal jurisdiction is granted.

All Moving Defendants who remain in the case shall answer or otherwise respond to the Complaint on or before July 28, 2022. Further, the parties shall file a joint status letter and proposed case management plan on or before August 4, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 65.

SO ORDERED.

Dated:   July 14, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge